United States District Court
Southern District of Texas
**ENTERED**
July 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN HUZAR, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:18-cv-1549 |
| HARDEE TEXSTAR HOMES, INC., | § |
| Defendant. | § |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiff or Defendant represents to the Court, within sixty days of this Order, that the settlement could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless either party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of July, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE