United States District Court
Southern District of Texas
**ENTERED**
August 08, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| STEPHEN HUZAR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1549 |
| § | |
| HARDEE TEXSTAR HOMES, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 7th day of August, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE